

**ORDERED in the Southern District of Florida on October 3, 2019.**

_Scott M. Grossman_

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **Seven Stars on the Hudson Corp,** | **CASE NO.: 19-17544-SMG** |
| Debtor(s).             / | |
| **Seven Stars on the Hudson Corp,** | **ADV. NO.: 19-1230-SMG** |
| Plaintiff, | |
| v. | |
| MDG Powerline Holdings, LLC and XBK Management, LLC, | |
| Defendants.            / | |

### ORDER CANCELLING HEARING ON MOTION TO DISMISS (ECF NO. 7)

**THIS MATTER** came before the Court *sua sponte*. The *Motion to Dismiss* (ECF No. 7) in the above-captioned adversary proceeding was scheduled for hearing on October 16, 2019. However, the Motion to Dismiss has been fully briefed by the parties, and the Court finds it appropriate to take the matter under advisement.

Accordingly, the Court **ORDERS AND ADJUDGES** that:

1. The hearing scheduled for October 16, 2019, 9:30 a.m. is **CANCELLED.**

2. The Court will issue a ruling on the Motion to Dismiss in due course.

###

Copies furnished to:

All interested parties by Clerk of Court