**EXHIBIT 13**

**From:** Director Xtreme <director@xtremeactionpark.com>
**Subject: Request for 2018 Meeting -- Rockin Jump**
**Date:** January 18, 2018 at 7:11:24 AM EST
**To:** Jens Berding <jens.berding@rockinjump.com>, e Aaron Parkinson <aaron@xtremeactionpark.com>, David Goldfarb <david@primetimeamusements.com>, Kristina Wilson <kristina@simplylegalgroup.com>, e Michael Dezer <mdezer@hotmail.com>, Mary Bertoni <mbertoni@dezer.com>, Sara Rivero <sarar@xtremeactionpark.com>, Eddy Manzo <eddy.manzo@rockinjump.com>

Hi all

Jens wanted a formal request for the items requested for a 2018 patrner meeting.

Jens, please consider this your formal request **given I act as the owner's proxy at XBK Management** and that they, their representatives, and attorney are also in receipt of this message. 

Please confirm your receipt, and upon your confirmation we will schedule a time for the 2018 discussion.

Regardless of the date, your financials are due 15 days after the request.

Thanks
Nate


On Jan 17, 2018 11:47 PM, "Jens Berding" <jens.berding@rockinjump.com> wrote:
Nate,
I have no problems sharing this information when the landlord requests it and when my financials are signed off by my accountant. So far MDG Powerline Holdings has not confirmed any request for financials, etc.

Regarding marketing spend, I believe I did not see any actual request but I was out cold with the flu — so I might have overlooked something. Please resend

Regards,
Jens

On Jan 17, 2018, at 23:38, Director Xtreme <director@xtremeactionpark.com> wrote:

We can address your alledged claims at the landlord meeting I've requested previously where I asked for :

- **2017 financials**
- **2017 marketing spend**
- **addressing your selling food in your venue**
- **your acknowledgement of our marketing receipts for 2017 to be paid at the rate of 10% (or what rate would you argue is a proportional?)**

I requested this >week ago and you never replied

The lease states you have 15 days to provide the financials upon receipt of request. Consider this a 2nd reminder.

Thank you