**EXHIBIT 14**

**From:** Director Xtreme <director@xtremeactionpark.com>
**Date:** August 17, 2018 at 7:52:33 AM EDT
**To:** Jens Berding <jens.berding@rockinjump.com>
**Cc:** David Goldfarb <david@primetimeamusements.com>, Sara Rivero - Xtreme <sarar@xtremeactionpark.com>, Kristina Wilson <kristina@simplylegalgroup.com>, Eddy Berding <eddymanzo@yahoo.com>
**Subject: Re: Rockin Jump**

What I agree to:

- your pizza terms for the past will be 0%. Eddy has demanded a full prepayment and 0% discount, therefore, we will honor your request. It is -15% for both or 0% for both of us.
- I will get a headcount of socks and prepay the estimated company amount. This is their word, not mine.
- for Xtreme/operational items I speak with the full authority of the landlord and the lease.
- Jens/Eddy, do you agree to pay COD for items the day-of or 5 days prior ? If items need to be paid 5 days before hand, please have your food orders to me 5 days prior.

I've agreed to what you want, but I will not afford you a certain demand that you will not return to XBK. **What terms do you want to honor for days to prepay and for percentage discount ?  This is your call.**

You still have items of contention with the Dezers/Landlord, but that's between you and them. There are items you are still violating (no financial disclosure, candy machine) so hopefully you'll come to an agreement with them.

Let me know the terms and send me an invoice. I'm ready to move forward.

Nate

On Fri, Aug 17, 2018, 7:15 AM Jens Berding <jens.berding@rockinjump.com> wrote:
Nate and/of David,
Please confirm agreement to these terms by replying Agreed to all parties and before I send a formal confirmation  In order to allow us to pass out socks to the guests, you would need to pre-purchase a sufficient amount of socks before the event and we would provide you a refund for the unused socks after the event.

This is obviously not our preferred way of handling these events, but over and over again you have demonstrated that you are not able to honor prior agreements even though they were in writing starting with at least one of the events during IAAPA last year, followed by Warren Henry event as well as just this week with the agreement reached with David (only to be overwritten by Nate).

Unfortunately, we can't rely on statements and agreements with the owners anymore as we might have to accept the agent relationship between landlord and Xtreme.  If this relationship holds up, we would have to respect any comment from an Xtreme employee as being the opinion of the landlord making things a bit more complicated, but we sure can adjust to this environment.

Also, please have all guests sign our online waiver before the event in order to avoid long check-in lines.

Regards,
Jens

On Aug 16, 2018, at 1:41 PM, Eddy <eddymanzo@yahoo.com> wrote:

Dear Nate:

In the spirit of honoring the latest conversation with David Golfard, we will continue moving forward with these bookings.

A- Please, keep the price of the socks at $3. In line with pizza food terms, the method of payment for the socks should be COD just as Xtreme requires immediate payment when we order the food.

B- We would like to receive the payment of the remaining balance 5 days before the event. There are many reasons behind it:

1- We will notify all our guest the park is booked and closed for a private event.

2- We will make sure we have plenty of socks inventory to accommodate all your guests' needs.

3- We will staff the park to secure supervision and safety for all your guest during the event.

4- We want to make sure payments are not due once the events have ended.

I hope these reasons can help you to understand our requirements.

Best regards,
Eddy Manzo -Berding

Sent from my iPhone

On Aug 15, 2018, at 5:25 PM, Director Xtreme <director@xtremeactionpark.com> wrote:

Based on the agreement you all came to today.

Because of the short notice, the RJ desk area should be prepared by Saturday open.

<image.png>

On Wed, Aug 15, 2018 at 1:38 PM, Jens Berding <jens.berding@rockinjump.com> wrote:

Agreed and RJ will submit the food invoices for the past month or so where sales taxes were charged, etc.


On Aug 15, 2018, at 1:35 PM, PrimeTime Amusements <david@primetimeamusements.com> wrote:

I met with Jens today and went over the following items that were pressing for September Buyouts in order to move forward.

This is not a contract for future use this will act as a template for September 26 & 27 agreed pricing of $1600.00 per day up to 4 hours.

Xtreme has agreed to the following, give a credit for the Warren Henry Buyout in the amount of $750.00. In addition we will charge $1778.37 of the $2092.20 outstanding food invoice (this includes 15% off and sales tax which he will provide a re-sale certificate).

The balance of these calculations will be paid by Sept 1st to Rockin Jump. They have acknowledged with a reply of "agreed" to the following terms in this email.

We are also helping to  installing the Front Desk including assisting on the data cables for the agreed area dedicated to Rockin Jump.


David Goldfarb
PrimeTime Amusements
www.primetimeamusements.com
david@primetimeamusements.com
Office: 305-770-4263
Cell: 305-218-5763




**Nate Howard**
Managing Director, Xtreme Action Park

Email: director@xtremeactionpark.com
5300 Powerline Road Fort Lauderdale, FL 33309