UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP         Case No 19-17544 - SMG
                                        Chapter 11
     Debtor,
_____/

SEVEN STARS ON THE HUDSON              Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,       No. 19-01230

     Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

     Defendants.

_____

**DECLARATION OF KATHLEEN A. DALY IN SUPPORT OF
EMERGENCY MOTION FOR TEMPORARY
<u>RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

     KATHLEEN A. DALY, Pursuant to 28 U.S.C. § 1764, I hereby declare as follows:

     1)     I am the attorney for the Debtor, Seven Stars on the Hudson, LLC (the "Debtor") in the above-referenced adversary proceeding.

1

2)      I submit this sworn Declaration in further support of the Debtor's Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction ("Emergency Motion") arising out the actions of XBK Management, LLC a/k/a Xtreme Action Park ("Xtreme").

3)      Attached as Exhibit 1 is a copy of the proposed Temporary Restraining Order.

4)      Attached as Exhibit 2 is a copy of the proposed Preliminary Injunction Order.

5)      Attached as Exhibit 6, is a copy of the First Amended Complaint, dated December 5, 2019 (without exhibits).

6)      Attached as Exhibit 7, is a copy of an email sent to Xtreme's counsel dated December 11, 2019.

Executed on December 17, 2019

                                                       _____*/s/ Kathleen A. Daly*_
                                                          Kathleen A. Daly