**EXHIBIT 3**



**9 likes**

**xtremeactionpark** The park will be closed today for part of the day due to a private event. We apologize for any inconvenience this may cause and look forward to seeing you for some fun later today

Park Opens to the Public at 3pm
Track Opens to the Public at 5pm

Add a comment...

6 hours ago

anitabp2000