**EXHIBIT 5**



Rockin' Jump - Fort Lauderdale
5300 Powerline Road
Fort Lauderdale, FL  33309
P: 954-656-1241

# INVOICE

| | |  | | |
|---|---|---|---|---|
| Event #: | 7,837 | | Phone Number: | (954) 491-6265 |
| Event Type: | Custom Event | | Fax Number: | |
| Event Date: | 1/11/2020 | | Bill To: | Xtreme Action Park |
| Organization: | Behar, Gregg | | | 5300 |
| E-mail: | gregg@xtremeactionpark.com | | | Powerline RD |
| Jumpers: | 140 | | | Fort lauderdale, FL 33309 |

## Areas Used

| Description | Time |
|---|---|
| OPEN JUMP | 11:00 am -  1:00 pm |
| OPEN JUMP | 1:00 pm -  2:00 pm |

## Items Purchased

| Qty | Description | Amount |
|---:|---|---:|
| 1 | Group Sales Jump | $0.00 |
| 140 | 120 Min Jump Time (Groups) | $3,360.00 |
| 140 | 60 Min Jump Time (Groups) | $1,680.00 |
| 200 | Socks | $600.00 |

**Notes:** VS 10/11
Xtreme Lockout event. 3 hour facility rental with socks. Amount for socks may change depending on the amount of jumpers.

## Payments

| Rec # | Date Paid | Amount | Description |
|---|---|---|---|
| 235382 | 10/30/2019 | $2,397.00 | Check |

## Event Total

| | |
|---|---:|
| **Item Total:** | $5,640.00 |
| **- Discounts:** | $846.00 |
| **Event Total:** | $4794.00 |
| **- Payments:** | $2,397.00 |
| **Total Due:** | **$2,397.00** |

Printed on 12/16/2019 at  6:24:38PM