

**ORDERED in the Southern District of Florida on December 17, 2019.**

*[signature]*

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | CASE NO.: 19-17544-SMG |
| Seven Stars on the Hudson Corp, | CHAPTER 11 |
|     Debtor(s)._____/ | |
| Seven Stars on the Hudson Corp, | ADV. NO.: 19-1230-SMG |
|     Plaintiff(s), | |
| v. | |
| MDG Powerline Holdings, LLC and | |
| XBK Management, LLC, | |
|     Defendant(s)._____/ | |

**ORDER SETTING HEARING ON MOTION FOR**
**PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

**THIS MATTER** came before the Court upon the *Motion for Preliminary Injunction and Temporary Restraining Order* (ECF No. 36) filed by Plaintiff Seven Stars on the Hudson Corp. It is hereby **ORDERED** that the Court will conduct a hearing on the Motion for Preliminary Injunction and Temporary Restraining Order

on **December 19, 2019, at 2:00 p.m.** at the United States Bankruptcy Court, U.S. Courthouse, 299 E Broward Blvd Room 308, Ft. Lauderdale, FL 33301.

###

Copies furnished to:

All interested parties by the Clerk of Court