**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

| | |
|---|---|
| In re:<br><br>SEVEN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP,<br><br>      Debtor,<br>_____/ | CASE NO. 19-17544-RBR<br>Chapter 11 |
| SEVERN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP<br><br>      Plaintiff,<br><br>vs.<br><br>MDG POWERLINE HOLDINGS, LLC AND XBK MANAGEMENT LLC d/b/a XTREME ACTION PARK,<br><br>      Defendants.<br>_____/ | Adversary Proceeding<br>No. 19-AP-1230-SMG |

**<u>AFFIDAVIT OF DILIGENCE OF LISA N. BALKIN, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS</u>**

**BEFORE ME**, the undersigned authority, personally appeared, Lisa N. Balkin, who, upon being duly sworn, deposes and states, as follows:

1.    My name is Lisa N. Balkin. I am over the age of eighteen and otherwise *sui juris*.

2.    I make this affidavit based upon personal knowledge of the facts set forth below and the records of South Florida Business Law Group as they are maintained in the ordinary course of their business.

3. I submit this affidavit in opposition to the motion of Plaintiff Seven Stars On The Hudson Corporation, d/b/a Rockin' Jump To Compel And For Sanctions Against Defendant XBK Management LLC, d/b/a Xtreme Action Park ("**XBK**") (the "**Motion**").

4. At all times material, I was associated with South Florida Business Law Group as an attorney assigned to the task of producing documents responsive to Plaintiff's First Request For Production (the "Request").

5. Since gaining access to the electronic information compiled by XBK in response to the Request on October 6, 2020, I have expended 19.9 hours reviewing 570 e-mail threads containing multiple communications and attachments within each thread.

6. Said review was undertaken to determine said thread's responsiveness to Plaintiff's Request and to identify any documents to be isolated from production and included in a log of documents withheld from production on the grounds of privilege.

7. In addition, because of difficulties encountered in reviewing and redacting the electronic format of the data produced by XBK, I am aware that the law firm's assistant expended 19.4 hours between October 6, 2020 and October 22, 2020 converting all of the electronic records into PDF format, confirming consistency as to number and content between the electronic and PDF formats, and moving said files into an online storage folder so that production could be made to Plaintiff.

8. The foregoing review is complete and all documents and information produced to our office have been reviewed, accounted for and either produced or identified as part of XBK's log of privileged information.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
LISA N. BALKIN

STATE OF FLORIDA      )

COUNTY OF MIAMI-DADE  )

**BEFORE ME**, on this 26 day of October, 2020, the undersigned authority, personally appeared Lisa N. Balkin, [X] who is personally known to me or [ ] who produced _____ as identification, and says under penalty of perjury that her affidavit is true, complete and accurate.

_____
NOTARY PUBLIC, State of Florida at Large

Print Name: Kathleen E. Olivera

My Commission Expires:



KATHLEEN E. OLIVERA
Commission # GG 339789
Expires June 2, 2023
Bonded Thru Budget Notary Services

3