UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP           Case No. 20-19106 - SMG
                                          Chapter 11
    Debtor,
_____/

SEVEN STARS ON THE HUDSON                 Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,          No. 19-01230-SMG

    Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

    Defendants.
_____

**MOTION OF DEBTOR SEVEN STARS ON THE HUDSON
<u>FOR A JUDICIAL SETTLEMENT CONFERENCE</u>**

COMES NOW Debtor, Seven Stars on the Hudson, the Debtor-Plaintiff and Counterclaimant Defendant ("<u>Debtor</u>"), by and through its undersigned counsel, and files this Motion for Judicial Settlement Conference and as grounds therefore states as follows:

1.    On June 5, 2019, the Debtor filed for relief under Chapter 11 of Title

11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida ("Petition").

2. On July 17, 2019, the Debtor commenced an adversary proceeding against its Landlord and Xtreme.

3. On December 5, 2019, the Debtor filed its first amended complaint, against the Landlord and Xtreme.

4. The Defendants in the Adversary Proceeding, MDG Powerline Holdings, LLC ("Landlord") and XBK Management, LLC d/b/a/ Xtreme Action Park ("Xtreme") filed motions to dismiss the first amended complaint.

5. By order dated April 28, 2020, this Court denied the motions to dismiss.

6. On May 12, 2020, the Landlord and Xtreme each filed answers raising a number of affirmative defenses. The Landlord also counterclaimed for breach of the lease agreement.

7. On June 2, 2020, the Debtor filed its answer to the Landlord's counterclaim and raised affirmative defenses.

8. The parties have been engaged in document discovery and under a Scheduling Order, all discovery is to be completed by March 15, 2021 with fact discovery to be completed by January 15, 2021.

9. The Debtor moved for leave to serve and file a second amended complaint. The Defendants opposed and the Debtor filed its Reply on December 4,

2020. This Court has scheduled a January 5, 2021 video hearing for this motion.

10. Although the Debtor served its deposition notices several months ago, those depositions have been put on hold because of ongoing document discovery.

11. By way of this Motion, Debtor requests that this Honorable Court allow and require Debtor and Defendants to attend a judicial settlement conference as will be more fully set forth below.

## **BACKGROUND**

12. The Debtor operates a Trampoline Park at 5300 Powerline Road in Fort Lauderdale. When the Debtor initially opened, the Park was operated as a franchise of Rockin' Jump, LLC.

13. The Debtor has alleged, *inter alia*, that the Landlord and Xtreme wrongfully interfered with its business and that the Landlord has violated the Quiet Enjoyment provision of the Lease. The Debtor has also alleged that the Defendants were complicit in removing its signage. The Landlord and Xtreme have denied the material allegations.[1]

---

[1] In its proposed second amended complaint the Debtor has alleged that the Defendants also interfered with its relationship with the Franchisor.

14. While document discovery is still ongoing, the Debtor believes that the parties would benefit from a judicial settlement conference before depositions begin and before even more costs are incurred.[2]

15. The parties have exchanged proposals but remain far apart on how to resolve the Adversary Proceeding.

## **RELIEF REQUESTED**

16. The Debtor files this Motion in order to attempt to bring these claims in the Adversary Proceeding to resolution. It has already filed its Plan of Reorganization that provides, *inter alia*, payment of the rent arrears.

17. Debtor files this Motion requesting referral to a judicial settlement conference to ensure that these claims move forward as swiftly and economically as possible and before significant time or legal expense is incurred. To this end, Debtor maintains that resolution of the Adversary Claims early in this case and before depositions begin through a judicial settlement conference case would yield the timeliest and most cost effective result for the parties and would be in the interest of judicial economy.

---

2   While the scheduling order provides for a mediation by December 14, 2020, there has been no movement on that front because the parties cannot agree on a mediator. Moreover, the Debtor has to be careful in terms of spending and therefore could not agree to a private mediator as Defendants had demanded.

18. If any resolution is reached by way of a judicial settlement conference such resolution would be subject to approval by this Court.

19. The undersigned counsel hereby certifies that a bona fide good faith effort has been made or will be made to resolve all issues and controversies in this motion with the Defendants named herein to avoid the necessity of a hearing in this matter per Local Rules 9073-1(d).

WHEREFORE Debtor Seven Stars respectfully requests that the Court enter an order referring this cause to a judicial settlement conference for the reasons contained and set forth herein and for other such relief as this Court deems just and proper.

Respectfully submitted  December 11, 2020

        LAW OFFICE OF KATHLEEN A. DALY, P.A.

        */s/ Kathleen A. Daly*
By:   Kathleen A. Daly

        515 N. Flagler Dr., Ste. P300
        West Palm Beach, FL 33401
        (917) 301-2437
        (561) 293-8514
        kdaly@kadalylaw.com

        Attorney for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on December 11, 2020 by Notice of Electronic Filing generated by CM/ECF and/or via email, on all counsel for parties of record on the below/attached Service List.

*s/ Kathleen A. Daly*
Kathleen A. Daly

## Service List

Jay M. Sakalo, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
Tel: (305) 374-7580
Email:  jsakalo@bilzin.com

Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel: (305) 858-2900
Email: shiaasen@coffeyburlington.com


Attorneys for MDG Powerline Holdings, LLC

Kai Jacobs, Esq.
Kai Jacobs, PA
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
Tel: (305) 768-9846
Email:  kj@sflblg.com

Attorneys for XBK Management LLC