UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP      Case 20-19106 SMG
                                     Chapter 11
          Debtor,
_____/

SEVEN STARS ON THE HUDSON              Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,       No. 19-01230

          Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

          Defendants.
_____

### PLAINTIFF-DEBTOR'S MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiff-Debtor, SEVEN STARS ON THE HUDSON CORP., by and through undersigned counsel and pursuant to Fed. R. Civ. P. 9006(b), moves this Court for entry of an Order enlarging the time for the completion of discovery by thirty (30) days. In support of the Motion, Plaintiff-Debtor states as follows:

1. On November 2, 2020, the Court entered an Agreed Scheduling Order Setting Trial Date

and Pretrial Schedule ("Agreed Scheduling Order").

2. Under the Agreed Scheduling Order, the parties were to complete Fact Discovery on or before January 15, 2021 and Expert Discovery on or before March 15, 2021 (DE # 86).

3. By Agreed Motion filed on January 15, 2021 (DE # 120), the parties sought a further extension to complete fact discovery for 60 days.

4. By way of background for purposes of this motion, on January 28, 2021, the Court entered an order permitting Plaintiff to file a Second Amended Complaint (DE# 138).

5. Defendants filed their respective Answers to the Second Amended Complaint on February 11, 2021 (DE # 139 and 140).

6. Since that time, Defendant MDG Powerline Holdings, LLC has served a further document demand related to the Second Amended Complaint. Plaintiff's response is currently due on March 22, 2021.

7. Plaintiff served its Rule 30(b)(6) Notice in July 2020. On February 25, 2021, Plaintiff was served with Defendants' Rule 30(b)(6) Notices.

8. The Plaintiff has been working diligently to complete discovery. On March 4, 2021 and in accordance with recently amended Fed. R. Civ. P. 30(b), the parties conducted a meet and confer regarding the planned depositions. At that time and because of the upcoming confirmation previously scheduled for March 16, 2021, the undersigned requested additional time to complete the depositions. Counsel for defendants would not consent initially, but the parties agreed that examinations could be completed following the originally scheduled confirmation hearing through the end of March.

9. In addition, this Court has permitted Plaintiff to enter into a term sheet for the purpose of obtaining litigation funding. See DE # 138. As set forth in Plaintiff's application to permit

it to enter into the agreement, said funding is necessary because of the expense of litigation. Said funding will be necessary to complete discovery and if necessary, proceed to trial.

10. Finally, over the week-end, the Plaintiff's principals had to rush their 14 year old daughter to the hospital with a very serious clotting condition that is impacting her heart and lungs. The Berdings' daughter remains in intensive care and either one or both of the Berdings will remain at the hospital for the duration of their daughter's care. In these circumstances, it has been extraordinarily difficult for the Berdings to concentrate on the needs of the case, while simultaneously caring for their daughter and operating Plaintiff's business.

11. The undersigned reached out to counsel for the Defendants again to see if they would consent to a request for an extension. The undersigned has not yet heard back from counsel.

12. The Plaintiff has acted diligently in prosecuting its claims. However, based on the foregoing, it finds it necessary to request additional time to complete fact discovery and then to proceed with the completion of expert discovery. It is anticipated that during this additional time, Plaintiff will also find out whether it will obtain the necessary funding from Legalist.

Wherefore, for the reasons set forth above, the Plaintiff-Debtor respectfully requests that the Court enter an order extending the discovery deadline for an additional thirty (30) days and grant such other and further relief to Plaintiff-Debtor as is just and equitable in the circumstances.

LAW OFFICE OF KATHLEEN A. DALY, P.A.

*/s/ Kathleen A. Daly*
By: Kathleen A. Daly
515  Flagler Dr., Ste. P300
West Palm Beach, FL 33401
(917) 301-2437
kdaly@kadalylaw.com
Attorney for the Debtor

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF and/or via email, on March 15, 2021, on all counsel or parties of record on the below/attached Service List.

> */s/ Kathleen A. Daly*
> Kathleen A. Daly

**Service List**

Jay M. Sakalo, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
Tel: (305) 374-7580
Email: jsakalo@bilzin.com

Scott Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
305-858-2900
Email: shiaasen@coffeyburlington.com

Attorneys for MDG Powerline Holdings, LLC

Kai Jacobs, Esq.
Kai Jacobs, PA
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
Tel: (305) 768-9846
Email: kj@sflblg.com

Attorneys for XBK Management LLC