

**ORDERED in the Southern District of Florida on March 16, 2021.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP      Case No. 20-19106 (SMG)
- SMG

         Debtor,                               Chapter 11

_____/

SEVEN STARS ON THE HUDSON                Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,         No. 19-01230-SMG

         Plaintiff

v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

         Defendants.

_____

# SECOND AGREED SCHEDULING ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE

This matter having come before the Court on an agreed motion for an extension of the discovery deadlines, it is hereby ordered:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties due by | **11/6/20** |
| 2. | Filing of motions to amend the complaint by | **11/6/20** |
| 3. | Selection of Mediator due by | **9/10/20** |
| 4. | Parties shall exchange expert witness summaries, and reports by | **4/6/21** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Local Rule due by | **4/27/21** |
| 6. | Fact discovery shall be completed by | **3/16/21** |
| 7. | Expert discovery shall be completed by | **5/14/21** |
| 8. | Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by | **6/14/21** |
| 9. | Mediation shall be completed by | **N/A** |
| 10. | Pre-Trial Conference | **7/6/21** |

| | |
|---|---|
| Dated: January 15, 2021 | January 15, 2021 |
| LAW OFFICE OF KATHLEEN A. DALY, P.A.<br><br>   */s/ Kathleen A. Daly*<br>By:    Kathleen A. Daly<br>515 N. Flagler Dr., Ste. P300<br>West Palm Beach, FL 33401<br>(917) 301-2437<br>(561) 293-8514<br>kdaly@kadalylaw.com<br><br>Attorney for the Plaintiff - Debtor | BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br><br>   */s/ Jay M. Sakalo*<br>By: Jay M. Sakalo<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL 33131<br>Tel: (305) 374-7580<br>Email:  jsakalo@bilzin.com<br><br>and<br><br>COFFEY BURLINGTON, P.L.<br><br><br>   */s/ Scott Hiaasen*<br>By:  Scott Hiaasen<br>2601 South Bayshore Drive, Penthouse One<br>Miami, FL 33133<br>Tel: (305) 858-2900<br>Email: shiaasen@coffeyburlington.com<br><br>Attorneys for MDG Powerline Holdings, LLC |
| | KAI JACOBS, PA<br><br><br>   */s/ Kai Jacobs*<br>By:  Kai Jacobs<br>2222 Ponce de Leon Blvd<br>Coral Gables, FL 33134<br>Tel: (305) 768-9846<br>Email:  kj@sflblg.com<br><br>Attorneys for XBK Management, LLC d/b/a Xtreme Action Park |