UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP          Case No. 20-19106 - SMG
                                         Chapter 11
        Debtor,
_____

SEVEN STARS ON THE HUDSON              Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,       No. 19-01230-SMG

        Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

        Defendants.

_____

**PLAINTIFF'S MOTION TO EXTEND
SCHEDULING ORDER DEADLINES**

Plaintiff -Debtor Seven Stars on the Hudson ("Debtor"), by and through its undersigned counsel and pursuant to Fed. R. Bankr. P. 9006(b) moves this Court for entry of an Order, extending both the Fact and Expert discovery deadlines. Plaintiff requests the extension of the fact discovery deadline to May 14, 2021 and the extension of the expert deadline by sixty (60) days from May 15, 2021 (the current deadline) to July 14, 2021, and to amending the current scheduling order to

1

reflect these changes ("Motion for Extension of the Discovery Deadlines"). This is the Third Request for an extension. In support of the Motion for Extension of the Discovery Deadlines, the Debtor states as follows.

1. On November 2, 2020, the Court entered an Agreed Scheduling Order Setting Trial Date and Pretrial Schedule ("Agreed Scheduling Order").

2. Under the Agreed Scheduling Order, the parties were to complete Fact Discovery on or before January 15, 2021 and Expert Discovery on or before March 15, 2021 (DE # 86).

3. In light of the filing of the Second Amended Complaint and because a Judicial Settlement Conference was contemplated, the parties jointly agreed, subject to the approval of the Court, to seek their first extension- a sixty day extension of the scheduling order deadlines. An Agreed Motion was filed on January 15, 2021 (DE # 120).

4. Since that time, the parties continued through discovery. Plaintiff responded to additional document discovery served by Defendant MDG. As explained in Plaintiff-Debtor's second motion (DE#141), Plaintiff's daughter has undergone several medical procedures due to a clotting issue. Her last procedure was completed on April 22, 2021.

5. Despite this, Ms. Berding made herself available for a deposition on April 19, 2021. Unfortunately, the Defendants were unable to complete Ms. Berdings' deposition that day. In addition, the Berdings' daughter had to undergo an additional procedure on April 22, 2021. In light of this, all counsel agreed to complete her deposition on May 10, 2021 which was the only date available for the parties and all counsel. Xtreme's corporate witness was deposed on April 26, 2021 and MDG Powerline Holding's corporate witness will be deposed on April 30, 2021 per the agreement of the parties.

6. Because the Defendants requested Mr. Berding, he will be deposed on May 11, 2021.

Plaintiff has also served a formal notice to depose Mr. Dezer, having previously requested him as a witness. Although he has been noticed for a deposition on May 14, 2021, it is my understanding that MDG Powerline Holdings' counsel is checking on his availability. The completion of his deposition would essentially complete fact discovery.

7. The Plaintiff further requests a third extension of the deadline for expert discovery which is set to expire on May 14, 2021. *See* DE # 141. Expert discovery in this case was anticipated from the beginning on the issue of damages. However, Plaintiff was waiting for the approval of a litigation funding agreement that would give it the monetary resources to hire experts.

8. The order approving a litigation funding agreement was entered on April 19, 2021. Plaintiff is in the process of finalizing a decision on experts and once retained, the expert will need the sixty days to investigate and prepare a report and for expert depositions to take place.

9. Each of the approved scheduling orders entered in this case, reflected the sixty day period for expert discovery would follow the completion of fact discovery. *See* DE # 86 (fact discovery deadline of January 15, 2021, expert discovery deadline March 15, 2021); DE # 120 (fact discovery deadline January 15, 2021, expert discovery deadline March 15, 2021); DE # 141 (fact discovery deadline March 16, 2021, expert discovery deadline May 14, 2021).

10. Although the Defendants agreed in the past to extend the expert discovery deadline, they will not agree to any such extension this time. No reason was given. I have reached out to counsel for defendants earlier today to determine if they: (a) agree to extend the fact discovery deadline to May 14th which shall include the deposition of Michael Dezer, and/or

(b) agree to the requested extension of expert discovery. I have not heard back from counsel.

11. Without the ability to conduct expert discovery, Plaintiff will have difficulty proving the economic damages that it believes has occurred as a result of Defendants' wrongful conduct.

12. Wherefore, for the reasons set forth above, the Plaintiff-Debtor respectfully requests that the Court enter an order extending both fact discovery and expert discovery for the reasons set forth above and grant such other and further relief to Plaintiff-Debtor as is just and equitable in the circumstances.

Dated: April 28, 2021

Respectfully submitted,

LAW OFFICE OF KATHLEEN A. DALY, P.A.
515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
Tel: Office: (561) 293-8514/(917) 301-2437
Fax No.    (800) 395-8692
Email: kdaly@kadalylaw.com

By: _____/s/ Kathleen A. Daly_____
            Kathleen A. Daly
            Fla. Bar. No. 112438

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF and/or via email, on April 28, 2021, on all counsel or parties of record on the below/attached Service List.

*/s/ Kathleen A. Daly*
Kathleen A. Daly

**Service List**

Jay M. Sakalo, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
Tel: (305) 374-7580
Email:  jsakalo@bilzin.com

Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel: (305) 858-2900
Email: shiaasen@coffeyburlington.com


Attorneys for MDG Powerline Holdings, LLC

Kai Jacobs, Esq.
KAI JACOBS, PA
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
Tel: (305) 768-9846
Email:  kj@sflblg.com

Attorneys for XBK Management LLC