

**ORDERED in the Southern District of Florida on May 3, 2021.**

_Scott M. Grossman_
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP         Case No. 20-19106 - SMG
                                        Chapter 11
    Debtor,
_____/

SEVEN STARS ON THE HUDSON              Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,       No. 19-01230-SMG

    Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

    Defendants.

_____
### ORDER EXTENDING FACT DISCOVERY DEADLINE

Plaintiff-Debtor, Seven Stars on the Hudson Corporation ("Plaintiff-Debtor"), by and through its undersigned attorney, filed its Second Motion to Extend Time to April 15, 2021 (DE # 141) ("Motion"). Following a Hearing held on April 7, 2021, 2021 and having reviewed the Motion and heard oral argument, it is ORDERED AND ADJUDGED that:

1) The Motion is granted to the extent of extending the fact discovery deadline to April 29, 2021.

2) Attorney Kathleen A. Daly is directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.

###

**Submitted by:**

**LAW OFFICE OF KATHLEEN A. DALY, P.A**.
515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
Tel: Office: (561) 293-8514/(917) 301-2437
Fax No.     (800) 395-8692
Email: kdaly@kadalylaw.com


**Copies furnished to:**
Jay M. Sakalo, Esq.
Scott A. Hiaasen, Esq.
Kai E. Jacobs, Esq.