

**ORDERED in the Southern District of Florida on August 12, 2021.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP              Case No. 20-19106 - SMG
                                             Chapter 11
     Debtor,
_____/

SEVEN STARS ON THE HUDSON                    Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,             No. 19-01230-SMG

     Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,


     Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION
TO CORRECT CITATION ERRORS CONTAINED
IN PLAINTIFF'S PAPERS SUBMITTED IN OPPOSITION TO
DEFENDANTS MDG POWERLINE HOLDINGS, LLC'S AND
XBK MANAGEMENT, LLC D/B/A XTREME ACTION PARK'S
<u>RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT</u>**

Plaintiff Seven Stars on the Hudson Corporation ("Plaintiff"), by and through its undersigned attorney, filed its Motion for Leave to Correct Citation Errors Contained in Plaintiff's Papers Submitted in Opposition to Defendants MDG Powerline Holdings, LLC'S and XBK Management, LLC d/b/a Xtreme Action Park's Respective Motions for Summary Judgment ("Motion") [DE # 196]. Following a Hearing held on August 11, 2021, and having reviewed the Motion, and there being no objection to the relief sought in the Motion, it is ORDERED AND ADJUDGED that:

1) The Motion for Leave to file Corrected Plaintiff Responses to Defendants' Respective Motions for Summary Judgment is granted.

2) The Plaintiff shall file its Corrected Responses to the Defendants' respective Motions for Summary Judgment on the Docket within three business days from entry of the Order granting the Motion.

3) Defendants shall have seven days from the filing of the Plaintiff's Responses to the Summary Judgment Motions to file their replies.

4) Attorney Kathleen A. Daly is directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.

###

<u>**Submitted by:**</u>
**LAW OFFICE OF KATHLEEN A. DALY, P.A**.
515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
Tel: Office: (561) 293-8514/(917) 301-2437

Fax No.     (800) 395-8692
Email: kdaly@kadalylaw.com
Fla. Bar No. 112438

**Copies furnished to:**
Jay M. Sakalo, Esq.
Scott A. Hiaasen, Esq.
Kai E. Jacobs, Esq.