

**ORDERED in the Southern District of Florida on October 29, 2021.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

SEVEN STARS ON THE HUDSON                    CASE NO:  19-17544-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Debtor,

_____/

SEVEN STARS ON THE HUDSON                    ADVERSARY NO.: 19-01230-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Plaintiff,

v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

      Defendants.

_____/

### ORDER DENYING PLAINTIFF-DEBTOR'S MOTION
### FOR LEAVE TO SERVE AND FILE THIRD AMENDED COMPLAINT

Plaintiff-Debtor Seven Stars on the Hudson Corporation ("Plaintiff"), by and through its undersigned attorney, filed its Motion for Leave to Serve and File a Third Amended Complaint on September 28, 2021 (ECF No. 222) (the "Motion"). Following a hearing held on October 26, 2021, and having reviewed the Motion, the Response in opposition filed by Defendant MDG Powerline Holdings, LLC (ECF No. 226), and Plaintiff-Debtor's Reply to Defendant's Response (ECF No. 227), it is ORDERED AND ADJUDGED that:

1. Plaintiff-Debtor's Motion for Leave to Serve and File a Third Amended Complaint is DENIED, for the reasons stated at the hearing held on October 26, 2021.

###

**Submitted By**:
Jay M. Sakalo
Florida Bar No. 0156310
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33134
Telephone: (305) 374-7580
Facsimile: (305) 351-2253
E-mail: jsakalo@bilzin.com

**Copies furnished to**:
Jay M. Sakalo, Esq.
[Attorney Sakalo is hereby directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.]