

**ORDERED in the Southern District of Florida on January 31, 2022.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Seven Stars on the Hudson Corp., | Case No. 19-17544-SMG |
|     Debtor. _____/ | |
| Seven Stars on the Hudson Corp., | |
|     Plaintiff, | |
| v. | Adv. No. 19-1230-SMG |
| MDG Powerline Holdings, LLC and XBK Management, LLC, | |
|     Defendants. _____/ | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion[1] and Order Granting Motions for Summary Judgment[2] entered contemporaneously herewith, it is

**ORDERED** that:

1. With respect to Counts I, II, III, and VI of the Second Amended Complaint,[3] **FINAL JUDGMENT** is entered in favor of Defendant MDG Powerline Holdings, LLC and against Plaintiff Seven Stars on the Hudson Corp.

2. With respect to Counts IV, V, and VI of the Second Amended Complaint, **FINAL JUDGMENT** is entered in favor of Defendant XBK Management, LLC d/b/a Xtreme Action Park and against Plaintiff Seven Stars on the Hudson Corp.

### 

Copies furnished to:

All interested parties by the Clerk of Court

---

[1] ECF No. 234.
[2] ECF No. 235.
[3] ECF No. 138.