UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP

          Case No. 20-19106 (SMG)

       Debtor,
_____

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP,

          Adv. Pro. 19-01230 (SMG)

      Plaintiff-Appellant,

v.

          **APPELLANT'S**
**DESIGNATION OF**
MDG POWERLINE HOLDINGS, LLC   **RECORD AND**
AND XBK MANAGEMENT LLC,      **STATEMENT OF**
d/b/a XTREME ACTION PARK,      **ISSUES ON APPEAL**
          **FROM BANKRUPTCY**
      Defendants-Appellees.   **COURT**

_____

1) Docket Entries from Adversary
   Proceeding

| Adversary Docket No. (19-01230) | Date Entered In Adv. Pro. Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 28 | 11/26/2019 | Transcript of proceedings dated 11/13/2019 re Order granting Defendant MDG Powerline Holdings' motion to dismiss original complaint. |
| 30 | 12/5/2019 | First Amended Complaint with exhibits 1-15. |

| 41 | 12/20/2019 | Defendant MDG Powerline Holdings' Second Motion to Dismiss First Amended Complaint. |
| 47 | 1/29/2020 | Plaintiff's Opposition to MDG Powerline Holdings' Motion to Dismiss First Amended Complaint. |
| 51 | 3/12/2020 | Defendant MDG Powerline Holdings' Reply on Motion to Dismiss First Amended Complaint. |
| 58 | 4/28/2020 | Order re Denying MDG Powerline Holdings' Motion to Dismiss First Amended Complaint. |
| 61 | 5/12/2020 | MDG Powerline Holdings Answer and Counterclaim. |
| 62 | 5/12/2020 | XBK Answer. |
| 63 | 6/2/2020 | Plaintiff's Reply to MDG Powerline Holdings' Counterclaim. |
| 76 | 8/12/2020 | Order setting status conference to determine if court has jurisdiction to retain adversary proceeding. |
| 233 | 11/18/2021 | Transcript of 8/25/2020 re Status Conference on issue of whether the court has jurisdiction to retain adversary proceeding. |
| 78 | 8/31/2020 | Order re briefing schedule to determine if court has jurisdiction over adversary proceeding in light of dismissal of Seven Stars I (19-17544). |
| 86 | 11/2/2020 | Initial Scheduling Order. |
| 88 | 11/6/2020 | Plaintiff's Motion to Amend Complaint. |
| 90 | 11/13/2020 | Agreed Motion to extend time to complete Mediation. |
| 92 | 11/20/2020 | MDG Opposition to Plaintiff's Motion to Amend Complaint. |
| 102 | 12/4/2020 | Plaintiff's Reply on Motion to Amend Complaint. |
| 120 | 1/15/2021 | Agreed Motion to Extend Discovery Deadlines. |
| 129 | 1/28/2021 | Order granting Motion to Amend Complaint. |
| 140 | 2/11/2021 | Answer filed by MDG Powerline Holdings. |
| 139 | 2//12/2021 | Answer filed by XBK Management Holdings. |
| 141 | 3/15/2021 | Second Motion to Extend Discovery Deadlines. |

| 142 | 3/17/2021 | Second Agreed Scheduling Order. |
|---|---|---|
| 252 | 2/9/2022 | Transcript of Hearing on 4/7/2021 re Second Motion to Extend Discovery Deadline. |
| 148 | 4/28/2021 | Third Motion to Extend discovery deadline. |
| 149 | 5/3/2021 | Order extending fact discovery deadline to April 29, 2021. |
| 150 | 5/3/2021 | MDG Powerline Holdings' Limited Objection to extension of the expert discovery deadline. |
| 156 | 5/10/2021 | Plaintiff's Reply to MDG Powerline Holdings' Limited Objection. |
| 231 | 11/18/2021 | Transcript of Hearing on 5/12/2021, on Motion to extend the expert discovery deadline. |
| 158 | 5/13/2021 | Order denying Motion to extend expert discovery deadline. |
| 161 | 6/14/2021 | MDG Powerline Holdings' Motion for Summary Judgment. |
| 162 | 6/14/2021 | XBK Management' Motion for Summary Judgment. |
| 203 | 8/17/2021 | Response to MDG Powerline Holdings' Motion for Summary Judgment. |
| 204 | 8/17/2021 | Response to XBK Management Holdings' Motion for Summary Judgment. |
| 205 | 8/24/2021 | MDG Powerline Holdings' Motion to Strike Sham Declaration and for Sanctions |
| 207 | 8/24/2021 | Reply of MDG Powerline Holdings' Motion for Summary Judgment. |
| 208 | 8/24/2021 | Reply of XBK Management' Motion for Summary Judgment. |
| 216 | 9/10/2021 | Plaintiff's Response to MDG Powerline Holdings' Motion to Strike Sham Affidavit and for Sanctions. |
| 218 | 9/13/2021 | Notice of Supplemental Authority re FDUTPA. |
| 220 | 9/24/2021 | Reply of MDG Powerline Holdings' Motion to Strike and for Sanctions. |
| 221 | 9/27/2021 | XBK Management's Notice of Joinder in MDG Powerline Holdings' Motion to Strike and for Sanctions. |

| 234 | 1/28/2022 | Memorandum Opinion granting Defendants' Motions for Summary Judgment and granting MDG Powerline Holdings' Motion to Strike Sham Declaration and for Sanctions. |
| 236 | 1/28/2022 | Order granting and denying in part MDG Powerline Holdings' Motion to Strike Sham Declaration and for Sanctions. |
| 240 | 1/31/2022 | Order Granting Motions of MDG Powerline Holdings and XBK Management's respective Motions for Summary Judgment. |
| 241 | 1/31/2022 | Final Judgment in favor of MDG Powerline Holdings and XBK Management. |
| 251 | 2/8/2022 | Plaintiff's Notice of Appeal. |
| 257 | 2/14/2022 | Plaintiff's Amended Notice of Appeal. |

2) Relevant Docket Entries from Bankruptcy Case
   19-17544 ("Seven Stars I").

| Bankruptcy Case No. (19-17544) Docket Entries | Date Entered In Bankr. Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 193 | 8/7/2020 | Order dismissing the case. |
| 218 | 11/18/2021 | Transcript of 8/25/2020 hearing motion to stay pending appeal. |

3) Relevant Docket Entries from Bankruptcy Case
   20-19106 ("Seven Stars II").

| Bankruptcy Case No. (20-19106) Docket Entries | Date Entered In Bankr. Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 109 | 1/11/2021 | Transcript of Hearing held on 8/27/2020 re Emergency Hearing on Motion to Continue Automatic Stay in Seven Stars II. |
| 122 | 1/28/2021 | Motion to permit Debtor to enter Term Sheet for Litigation Funding. |
| 136 | 2/26/2021 | Order granting Motion re Hearing on Motion permitting Debtor to enter into a Term Sheet for Litigation Funding. |
| 238 | 2/10/2022 | Transcript of Hearing held on 2/24/2021 re Motion permitting Debtor to enter into Term Sheet for Litigation Funding. |
| 136 | 2/26/2021 | Order granting motion to allow Debtor into Term Sheet re Litigation Funding. |
| 186 | 4/6/2021 | Motion to enter into agreement for Litigation Funding. |
| 190 | 4/9/2021 | Amended Motion to enter into agreement for Litigation Funding. |
| 191 | 4/12/2021 | Objection by MDG Powerline Holdings' Objection to Litigation Funding. |
| 192 | 4/14/2021 | Response by United States Trustee to MDG Powerline Holdings' Objection to Motion to allow Debtor to enter into agreement for Litigation Funding. |
| 239 | 2/10/2022 | Transcript of hearing held on 4/14/2021 re hearing on motion seeking to allow Debtor to enter into litigation funding agreement. |
| 193 | 4/19/2021 | Order granting motion allowing Debtor to enter into agreement for Litigation Funding. |

## <u>STATEMENT OF ISSUES</u>

1)      Did the bankruptcy court err in determining that there was no genuine issue of material fact and granting summary judgment in favor of Defendants?

2)      Did the bankruptcy court err by determining that lost profits was the only measure of damages for a business that lost its franchise due to the actions of the Defendants?

3)      Did the bankruptcy court err in excluding any consideration of Plaintiff's profit and loss statements?

4)      Did the bankruptcy court err by determining that Plaintiff presented no evidence of damages resulting from Defendants' actions notwithstanding that Defendants were in possession of Plaintiff's financials which showed losses?

5)      Did the bankruptcy court impermissibly weigh the evidence and make credibility determinations?

6)      Did the bankruptcy court err by striking the Declaration of Eddy Manzo-Berding as a Sham Declaration?

7)      Did the bankruptcy court err by striking the attachments to Eddy Manzo-Berding's Declaration including without limitation the photographic evidence demonstrating the harm caused by Defendants' actions?

8)      Did the bankruptcy court err in excluding expert testimony under Fed. R. Civ. P. 37(c)(1)?

9)      Did the bankruptcy court err in denying Plaintiff's motion to extend the expert discovery deadline and to designate an expert witness under Fed. R. Civ. P. 37(c)(1) on the ground that Plaintiff's alleged failure to designate an expert by April 6, 2021, was neither substantially justified nor harmless?

10)     Did the bankruptcy court err by failing to consider all appropriate factors in assessing whether there was substantial justification for the failure to disclose on April 6, 2021, or whether the failure to disclose was harmless?

11)    Did the bankruptcy court err in denying Plaintiff's motion to extend the expert discovery deadline?

12)    Did the bankruptcy court err in finding that Plaintiff failed to establish good cause by not designating an expert by April 6, 2021?

13)    Did the bankruptcy court err in applying the harsh sanction of exclusion of an expert witness on the issue of economic damages?

14)    Did the bankruptcy court err in ordering the exclusion of an expert witness in the absence of any showing of prejudice to Defendants?

15)    Did the bankruptcy court err in finding that a lack of funds to retain an expert did not support a finding of good cause?

16)    Does the record reflect any flagrant and willful behavior on the part of Plaintiff justifying exclusion of evidence?

17)    Did the bankruptcy court err in not considering a lesser sanction than exclusion under Rule 37(c)(1)?

18)    Did the bankruptcy court err in failing to extend the expert discovery deadline so that the case could be fully considered on the merits?

Dated:  February 22, 2022

Respectfully submitted,

LAW OFFICE OF KATHLEEN A. DALY, P.A.

_____/s/ Kathleen A. Daly_____
            Kathleen A. Daly
            Fla. Bar. No. 112438

515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
Tel: (561) 293-8514/(917) 301-2437
Fax No.      (800) 395-8692
Email: kdaly@kadalylaw.com

8

Attorneys for the Appellant-Plaintiff-Debtor
Seven Stars on the Hudson Corporation

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2022, a true and correct copy of the forgoing was served via CM/ECF on the parties and firms listed below.

By: */s/        Kathleen A. Daly*
Kathleen A. Daly

FL Bar No. 112438

**Service List**

Jay M. Sakalo, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
Tel: (305) 374-7580
Email:  jsakalo@bilzin.com

Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel: (305) 858-2900
Email: shiaasen@coffeyburlington.com

Attorneys for MDG Powerline Holdings, LLC

Kai Jacobs, Esq.
KAI JACOBS, PA
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
Tel: (305) 768-9846
Email:  kj@sflblg.com

Attorneys for XBK Management LLC