UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:

SEVEN STARS ON THE HUDSON                                CASE NO:  19-17544-SMG
CORPORATION, d/b/a ROCKIN'JUMP

    Debtor,
_____/

SEVEN STARS ON THE HUDSON                                ADVERSARY NO.: 19-01230-SMG
CORPORATION, d/b/a ROCKIN'JUMP

    Plaintiff,

v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

    Defendants.
_____/

## NOTICE OF FILING

MDG Powerline Holdings, LLC ("MDG"), by and through its undersigned counsel, hereby gives notice of filing of the attached as follows:

1. On February 14, 2022, MDG filed its *Verified Motion for Attorneys' Fees and Nontaxable Costs [ECF No. 258]* (the "Motion"). As set forth in the Sakalo Declaration (as defined in the Motion), Exhibit 2B to the Sakalo Declaration was the contemporaneous billing records showing the specific tasks performed by Mr. Sakalo through the Final Judgment entered on January 31, 200.

2. However, due to a billing software issue at the time of filing the Motion, the billing records were not attached as Exhibit 2B.

3. Thus, attached hereto is a copy of Exhibit 2B -- the billing records for Bilzin Sumberg related to the adversary proceeding. The redacted time entries relate to the Debtors' main cases (both Seven Stars I and Seven Stars II).

Dated: April 6, 2022

        BILZIN SUMBERG BAENA
        PRICE & AXELROD LLP
        *Counsel for MDG Powerline Holdings, LLC*
        1450 Brickell Avenue, 23rd Floor
        Miami, Florida 33131
        (305) 374-7580

        By:   /s/ *Jay M. Sakalo*
              Jay M. Sakalo
              Fla. Bar No. 156310

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing to all Parties appearing in this case who are registered to receive electronic noticing in this case via CM/ECF on this 6th day of April, 2022.

By: /s/ *Jay M. Sakalo*
      Jay M. Sakalo

<u>Exhibit 2B to Sakalo Declaration</u>

| Date | TKPR Name | Client | Matter | Base Amt | Billed Amt | Base Hrs | Billed Hrs | Phase Code | Task Code | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/2019 | Sakalo, Jay M | 84482 | 88966 | $140.00 | $140.00 | 0.2 | 0.2 | B400 | B410 | Telephone conference with D. Reimer regarding adversary proceeding. |
| 7/29/2019 | Sakalo, Jay M | 84482 | 88966 | $350.00 | $350.00 | 0.5 | 0.5 | B400 | B410 | Telephone conference with D. Reimer regarding discussion regarding response to adversary proceeding. |
| 8/2/2019 | Sakalo, Jay M | 84482 | 88966 | $280.00 | $280.00 | 0.4 | 0.4 | B400 | B410 | Telephone conference with D. Reimer regarding adversary proceeding. |
| 8/8/2019 | Sakalo, Jay M | 84482 | 88966 | $280.00 | $280.00 | 0.4 | 0.4 | B400 | B410 | Telephone conference with S. Raffanello regarding adversary proceeding. |
| 8/16/2019 | Sakalo, Jay M | 84482 | 88966 | $140.00 | $140.00 | 0.2 | 0.2 | B400 | B410 | Email to debtor's counsel regarding request for extension. |
| 8/19/2019 | Sakalo, Jay M | 84482 | 88966 | $210.00 | $210.00 | 0.3 | 0.3 | B400 | B410 | Emails with debtor's counsel and Scott Hiaasen regarding extension of deadline to respond to complaint. |
| 8/30/2019 | Sakalo, Jay M | 84482 | 88966 | $490.00 | $490.00 | 0.7 | 0.7 | L100 | L110 | Finalize motion to dismiss for filing. |
| 9/11/2019 | Sakalo, Jay M | 84482 | 88966 | $140.00 | $140.00 | 0.2 | 0.2 | B400 | B410 | Emails with S. Rafanello regarding deadlines in adversary proceeding. |

| Date | Name | | | Amount | Amount | Hours | Hours | Code | Code | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/25/2019 | Sakalo, Jay M | 84482 | 88966 | $280.00 | $280.00 | 0.4 | 0.4 | B400 | B410 | Telephone conference with S. Hiassen and K. Daly regarding motion to dismiss and related issues. |
| 9/27/2019 | Sakalo, Jay M | 84482 | 88966 | $280.00 | $280.00 | 0.4 | 0.4 | B400 | B410 | Telephone conference with S. Hiassen regarding reply brief. |
| 10/3/2019 | Sakalo, Jay M | 84482 | 88966 | $280.00 | $280.00 | 0.4 | 0.4 | B400 | B410 | Emails with L. Pecan, et al. regarding pre-trial; review order canceling hearing on motion to dismiss; follow up emails with L. Pecan, et al. regarding impact of same. |
| 11/13/2019 | Sakalo, Jay M | 84482 | 88966 | $1,680.00 | $1,680.00 | 2.4 | 2.4 | B400 | B410 | Hearing on motion to dismiss; post-hearing discussion with S. Hiaasen; review and comment on proposed order. |
| 11/27/2019 | Sakalo, Jay M | 84482 | 88966 | $280.00 | $280.00 | 0.4 | 0.4 | B400 | B410 | Telephone conference with S. Hiaasen regarding discovery issues. |
| 12/9/2019 | Sakalo, Jay M | 84482 | 88966 | $140.00 | $140.00 | 0.2 | 0.2 | B400 | B410 | Review order re-setting pre-trial and email to S. Hiaasen thereon. |
| 12/17/2019 | Sakalo, Jay M | 84482 | 88966 | $420.00 | $420.00 | 0.6 | 0.6 | B400 | B410 | Review emergency motion for TRO and emails with L. Pecan thereon. |
| 12/18/2019 | Sakalo, Jay M | 84482 | 88966 | $280.00 | $280.00 | 0.4 | 0.4 | B400 | B410 | Call with L. Pecan and S. Hiaasen regarding TRO hearing. |
| 12/19/2019 | Sakalo, Jay M | 84482 | 88966 | $420.00 | $420.00 | 0.6 | 0.6 | B400 | B410 | Telephone conference with S. Hiaasen regarding motion to dismiss; review and comment on same. |
| 12/20/2019 | Sakalo, Jay M | 84482 | 88966 | $140.00 | $140.00 | 0.2 | 0.2 | L100 | L110 | Review Xtreme's motion to dismiss. |
| 12/23/2019 | Sakalo, Jay M | 84482 | 88966 | $140.00 | $140.00 | 0.2 | 0.2 | L100 | L110 | Review briefing order regarding Motion to Dismiss. |
| 1/30/2020 | Sakalo, Jay M | 84482 | 88966 | $296.00 | $296.00 | 0.4 | 0.4 | L100 | L110 | Brief review of response to motion to dismiss and email to S. Hiaasen and S. Rafanello thereon. |
| 2/12/2020 | Sakalo, Jay M | 84482 | 88966 | $296.00 | $296.00 | 0.4 | 0.4 | B400 | B410 | Review and comment on draft response to motion to dismiss and emails with S. Hiassen thereon. |



| Date | Name | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 5/11/2020 | Sakalo, Jay M | 84482 | 88966 | $814.00 | $814.00 | 1.1 | 1.1 B400 | B410 | Review draft response to complaint and telephone conference with S. Hiaasen and L. Pecan thereon (.6); review draft inserts to response brief on assumption of lease (.5). |





7/5/2020 Sakalo, Jay M | 84482 | 88966 | $148.00 | $148.00 | 0.2 | 0.2 B400 | B410 | Emails with S. Hiaasen regarding discovery in the adversary proceeding.

| Date | Name | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/4/2020 | Sakalo, Jay M | 84482 | 88966 | $296.00 | $296.00 | 0.4 | 0.4 | B400 | B410 | Attend status conference in adversary proceeding. |
| 8/12/2020 | Sakalo, Jay M | 84482 | 88966 | $296.00 | $296.00 | 0.4 | 0.4 | B400 | B410 | Email with L. Pecan and S. Hiaasen regarding adversary proceeding and related issues. |
| 8/25/2020 | Sakalo, Jay M | 84482 | 88966 | $1,628.00 | $1,628.00 | 2.2 | 2.2 | B400 | B410 | Telephone conference with S. Hiaasen regarding final prep for hearing (.4); prepare for and attend hearing on adversary proceeding and new case (1.1); post-hearing follow up with L. Pecan (.3); telephone conference with I. Drescher regarding research regarding objection to stay motion (.4). |



10/12/2020 Sakalo, Jay M    84482    88966    $148.00    $148.00    0.2    0.2 B400    B410    Work on form of order regarding transfer of adversary proceeding.

| Date | Name | | | Amount | Amount | Hours | Hours | Code | Code | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2021 | Sakalo, Jay M | 84482 | 88966 | $153.00 | $153.00 | 0.2 | 0.2 B400 | | B410 | Emails with L. Pecan and S. Hiaasen regarding? hearing in adversary proceeding. |
| 1/5/2021 | Sakalo, Jay M | 84482 | 88966 | $1,071.00 | $1,071.00 | 1.4 | 1.4 B400 | | B410 | Prepare for and attend hearing on motions in adversary case. |

| Date | Name | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 3/6/2021 | Sakalo, Jay M | 84482 | 88966 | $688.50 | $688.50 | 0.9 | 0.9 | B400 B410 | Telephone conference with B. Trujillo regarding research on attorneys' fees issues and review cases regarding same (.6);email to B. McMahon regarding confirmation discovery issues (.3). |



| Date | Name | | | Amount | Amount | Hours | Hours | Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2021 | Sakalo, Jay M | 84482 | 88966 | $1,989.00 | $1,989.00 | 2.6 | 2.6 B400 | B410 | Draft confirmation objection (2.2); revise opposition to discovery motion in adversary proceeding (.4). |

