UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

| | |
|---|---|
| In re:<br><br>SEVEN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP,<br><br>      Debtor,<br>_____/ | CASE NO. 19-17544-RBR<br>Chapter 11 |
| SEVEN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP<br><br>      Plaintiff,<br><br>vs.<br><br>MDG POWERLINE HOLDINGS, LLC AND XBK MANAGEMENT LLC d/b/a XTREME ACTION PARK,<br><br>      Defendants.<br>_____/ | Adversary Proceeding<br>No. 19-AP-1230-SMG |

## DEFENDANT XBK'S REPLY TO PLAINTIFF SEVEN STARS RESPONSE TO XBK'S FIRST MOTION FOR RECOVERY OF ATTORNEY'S FEES AND SUPPORTING MEMORANDUM OF LAW

Defendant XBK Management, LLC ("XBK"), pursuant to Section 501.2105(1), Florida Statutes, Bankruptcy Rule 7054(b)(2)(A), and Local Rule 7054-1, hereby replies to Plaintiff Seven Stars on the Hudson Corporation's ("Seven Stars") Response To XBK's First Motion for Recovery of Attorney's Fees Memorandum of Law (the "Response") (ECF 293), as follows:

1. On January 31, 2022, the Court entered final judgment in XBK's favor on all claims brought against it, including a claim for violation of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"). (ECF 241; 242).

2. Seven Stars has appealed the final judgment. (ECF 246).

3. On February 14, 2022, XBK filed its First Motion for Recovery of Attorneys' Fees and Supporting Memorandum of Law (the "Motion"). (ECF 255). The Motion was filed in accordance with Rule 7054(2)(A), Fed. Bankr. R. and Rule 54, Fed. R. Civ. P., which required that a motion seeking the recovery of attorney's fees be filed within fourteen (14) days after the judgment's entry. *See* (Id.) (filed February 14, 2022).

4. On March 21, 2022, Seven Stars filed its Response to the Motion. (ECF 293).

5. Therein, Seven Stars argued that the Motion is premature because a discrepancy exists between the procedures attorneys and Courts shall follow regarding awarding attorneys' fees following judgment entered on claims for violation of FDUTPA.

6. Specifically, Section 501.2105(1), Florida Statutes, provides that to recover attorneys' fees on a FDUTPA claim, a party must first exhaust all appeals from the non-prevailing party before the Court will entertain a motion seeking the recovery of attorneys' fees. Florida's statute stands in contrast to the procedural requirements for seeking attorneys' fees, as prescribed by Rule 7054(2)(A), Fed. Bankr. R. and Rule 54, Fed. R. Civ. P.

7. A review of the decisional law concerning the treatment of this discrepancy appears to weigh in favor of abating disposition of the Motion until such time as Seven Stars' appeal of the final judgment has been determined.

## MEMORANDUM OF LAW

In reviewing Seven Stars' Response to the Motion, XBK acknowledges that prevailing case law favors an abatement of the Motion's disposition pending the outcome of Seven Stars' appeal.

In making its argument, Seven Stars relies on *Procaps S.A. v. Patheon*, Inc. 157 F.Supp3d 1199, 1200 (S.D. Fla. 2016) (finding that a motion for attorneys' fees be stayed pending the exhaustion of all appeals). More recent case law also supports this proposition. *See Kipu Sys. LLC*

*v. Zencharts LLC*, No. 17-25733-civ, 20021 WL 1891710 at *6 (S.D. Fla. 2021) (affirming that FDUPTA requires the exhaustion of appeals prior to the prevailing party receiving his or her attorneys' fees and costs from the non-prevailing party); *Reilly v. Chipotle Mexican Grill, Inc.*, 1:15-cv-23425, 2018 WL 1883086 at *4 (S.D. Fla 2018) (to recover attorneys' fees in a FDUTPA action, a party must receive a favorable judgment from a trial court with respect to the legal action, including the exhaustion of all appeals).

**WHEREFORE**, XBK requests that the Court stay the Motion pending the exhaustion of all appeals and for such additional relief as this Court deems just and proper.

Respectfully submitted,

By: */s/ Kai E. Jacobs*
Kai E. Jacobs
Fla. Bar No. 987336
Email: kj@sflblg.com
**SOUTH FLORIDA BUSINESS LAW GROUP**
2222 Ponce de Leon Boulevard, Suite 300
Coral Gables, Florida 33134
Tel: (305) 768-9846
*Attorneys for XBK Management*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on April 7th, 2022, on all counsel and parties of record on the Service List below.

## SERVICE LIST

Kathleen A. Daly, Esq.
**Law Office of Kathleen A. Daley, P.A.**
*Counsel for Debtor/Plaintiff*
515 N. Flagler Dr., Ste. P300
West Palm Beach, FL  33401
Tel:  561-293-8514
Email:  kdaly@kadalylaw.com

Jay M. Sakalo, Esq.
**Bilzin Sumberg Baena Price & Axelrod LLP**
*Counsel for MDG Powerline*
1450 Brickell Avenue, 23rd Floor
Miami, FL   33131
Tel:  305-374-7580
Email: jsakalo@bilzin.com

Susan E. Raffanello, Esq.
Scott A. Hiaasen, Esq.
**Coffey Burlington, P.L.**
*Counsel for MDG Powerline*
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel:  305-858-2900
Fax: 305-858-5261
Email:  sraffanello@coffeyburlington.com
         shiaasen@coffeyburlington.com
         lmaltz@coffeyburlington.com
         lperez@coffeyburlington.com
         service@coffeyburlington.com

By:    */s/ Kai E. Jacobs*
         KAI E. JACOBS

4