

**ORDERED in the Southern District of Florida on April 25, 2022.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | |
| SEVEN STARS ON THE HUDSON CORPORATION, d/b/a ROCKIN' JUMP | CASE NO: 19-17544-SMG |
| Debtor, | |
| _____/ | |
| SEVEN STARS ON THE HUDSON CORPORATION, d/b/a ROCKIN' JUMP | ADVERSARY NO.: 19-01230-SMG |
| Plaintiff, | |
| v. | |
| MDG POWERLINE HOLDINGS, LLC, and XBK MANAGEMENT LLC, d/b/a XTREME ACTION PARK, | |
| Defendants. | |
| _____/ | |

## ORDER GRANTING MDG POWERLINE HOLDINGS, LLC'S MOTION FOR ATTORNEYS' FEES AND NONTAXABLE COSTS

Defendant MDG Powerline Holdings, LLC ("MDG Powerline"), by and through its undersigned attorney, filed its Motion for Attorneys' Fees and Nontaxable Costs on February 14, 2022 (ECF No. 258) (the "Motion"). On March 25, 2022, Plaintiff-Debtor Seven Stars on the Hudson Corporation ("Seven Stars") filed its Response to the Motion stating its objections to MDG Powerline's fee application. (ECF No. 294.) MDG Powerline filed its Reply in Support of the Motion on April 7, 2022. (ECF No. 300.) Following a hearing held on April 20, 2022, and having reviewed the Motion, the Plaintiff-Debtor's Response, MDG Powerline's Reply, and the Clerk's Bill of Costs (ECF No. 270), it is ORDERED AND ADJUDGED that:

1. MDG Powerline's Motion for Attorneys' Fees and Nontaxable Costs is GRANTED IN PART, for the reasons stated at the hearing held on April 20, 2022.

2. MDG Powerline is awarded $229,012.00 in reasonable attorneys' fees as the prevailing party in this action and $9,141.23 in nontaxable costs, in addition to the $10,436.42 in taxable costs previously awarded in the Clerk's Bill of Costs (ECF No. 270).

3. The Court will enter a separate final judgment on attorneys' fees and costs.

###

**Submitted By:**
Jay M. Sakalo
Florida Bar No. 0156310
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33134
Telephone: (305) 374-7580
Facsimile: (305) 351-2253
E-mail: jsakalo@bilzin.com

**Copies furnished to:**
Jay M. Sakalo, Esq.
[Attorney Sakalo is hereby directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.]