

**ORDERED in the Southern District of Florida on April 26, 2022.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

| | |
|---|---|
| SEVEN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP | CASE NO.: 20-19106-SMG |
| Debtor, _____ / | |
| SEVEN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP, | ADVERSARY NO.: 19-01230-SMG |
| Plaintiff, | |
| v. | |
| MDG POWERLINE HOLDINGS, LLC, and XBK MANAGEMENT LLC d/b/a XTREME ACTION PARK, | |
| Defendants. _____ / | |

**ORDER DENYING SEVEN STARS ON THE HUDSON CORPORATION'S MOTION TO SHORTEN TIME FOR PRODUCTION FROM MDG POWERLINE HOLDINGS, LLC**

Page -1-

Seven Stars On The Hudson Corporation v. MDG Powerline Holdings, LLC
Case No.: 19-01230-SMG
Brookmyer, Hochman, Probst & Jonas, P.A.'s Notice Of Appearance As Co-Counsel

THIS CAUSE having come on before the Court on April 20, 2022 upon SEVEN STARS ON THE HUDSON CORPORATION'S Motion To Shorten Time For Production From MDG POWERLINE HOLDINGS, LLC (ECF 295) and the Court after having reviewed the file, having heard argument from counsel for the parties and the Court being otherwise fully informed in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. SEVEN STARS ON THE HUDSON CORPORATION's Motion To Shorten Time For Production From MDG POWERLINE HOLDINGS, LLC be and the same is hereby denied for those reasons stated on the Record by the Court at the time of the hearing.

**Submitted By:**

**Gary Brookmyer, Esquire**

BROOKMYER, HOCHMAN, PROBST & JONAS, P.A.
800 Village Square Crossing, Suite 201
Palm Beach Gardens, FL 33410
Telephone: (561) 624-2110
Email: gary@brookmyerlaw.com

Seven Stars On The Hudson Corporation v. MDG Powerline Holdings, LLC
Case No.: 19-01230-SMG
Brookmyer, Hochman, Probst & Jonas, P.A.'s Notice Of Appearance As Co-Counsel

**Copies Furnished To:**

*Co-Counsel for Plaintiff, Seven Stars On the Hudson Corporation*

Kathleen A. Daly, Esq.
Law Office of Kathleen A. Daly, P.A.
515 North Flagler Drive, Suite P300
West Palm Beach, Florida 33401
Email: kdaly@kadalylaw.com

*Counsel for Defendant, XBK Management, LLC*

Kai Jacobs, Esq.
Kai Jacobs, PA
2222 Ponce de Leon Blvd.
Coral Gables, FL 33134
Email: kj@sflblg.com

*Counsel for Defendant, MDG Powerline Holdings, LLC*

Jay M. Sakalo
Florida Bar No. 0156310
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33134
Email: jsakalo@bilzin.com

Scott Hiaasen, Esq.
Coffey Burlington, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Email: shiaasen@coffeyburlington.com