

**ORDERED in the Southern District of Florida on May 2, 2022.**

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

SEVEN STARS ON THE HUDSON            CASE NO: 19-17544-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Debtor,

_____/

SEVEN STARS ON THE HUDSON            ADVERSARY NO.: 19-01230-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Plaintiff,

v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

      Defendants.

_____/

## **FINAL JUDGMENT FOR DEFENDANT MDG POWERLINE HOLDINGS, LLC'S ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's Order [ECF No. 304] granting in part Defendant MDG Powerline Holdings, LLC's Verified Motion for Attorneys' Fees and Nontaxable Costs [ECF No. 258] and its Bill of Taxable Costs [ECF No. 270], Final Judgment is entered by this Court in favor of Defendant MDG Powerline Holdings, LLC, and against Plaintiff Seven Stars on the Hudson Corporation as follows:

IT IS ADJUDGED that MDG POWERLINE HOLDINGS, LLC, at the address of 18001 Collins Avenue, 31st Floor, Sunny Isles Beach, Florida 33160, shall recover from SEVEN STARS ON THE HUDSON CORPORATION, at the address of 2108 N.E. 63rd Street, Fort Lauderdale, Florida 33308, the sum of $248,589.65, that shall bear interest in accordance with 28 U.S.C. § 1961 from the date of this Judgment until the date this amount is paid, for which let execution issue forthwith.

It is FURTHER ORDERED AND ADJUDGED that, pursuant to Federal Rule of Bankruptcy Procedure 7069, Federal Rule of Civil Procedure 69(a)(2) and Florida Rule of Civil Procedure 1.560(c), Plaintiff-Debtor SEVEN STARS ON THE HUDSON CORPORATION shall complete, under oath, Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Defendants within forty-five days (45) days from the date of this Final Judgment, unless this Final Judgment is satisfied or post-judgment discovery is stayed.

###

**Submitted By:**
Jeffrey I. Snyder
Florida Bar No. 021281
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

1450 Brickell Avenue, Suite 2300
Miami, Florida 33134
Telephone: (305) 374-7580
Facsimile: (305) 351-2253
E-mail: jsnyder@bilzin.com

**Copies furnished to:**
Jeffrey I. Snyder, Esq.
[Attorney Ssnyder is hereby directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.]