Form CGFD62  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 19–17544–SMG  **Adversary Number:** 19–01230–SMG

In re:

**Name of Debtor(s):** Seven Stars on the Hudson Corp

——————————————————————————/

**Seven Stars on the Hudson Corp**

Plaintiff(s)

**VS.**

**MDG Powerline Holdings, LLC and XBK Management, LLC**

Defendant(s)

——————————————————————————/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **FINAL JUDGMENT FOR DEFENDANT MDG POWERLINE HOLDINGS, LLCS ATTORNEYS FEES AND COSTS** (copy attached) was entered on the docket on **05/03/2022** .

**Dated: 5/3/22**

**CLERK OF COURT**
By: Tanesha Graster–Thomas
Deputy Clerk (954) 769–5700

The clerk shall serve a copy of this notice on all interested parties.