UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:

SEVEN STARS ON THE HUDSON             CASE NO: 19-17544-SMG
CORPORATION, d/b/a ROCKIN'JUMP

       Debtor,
_____/

SEVEN STARS ON THE HUDSON            ADVERSARY NO.: 19-01230-SMG
CORPORATION, d/b/a ROCKIN'JUMP

       Plaintiff,
v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

       Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Final Judgment for Defendant MDG Powerline Holdings, LLC's Attorneys' Fees and Costs* [ECF No. 311] were served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on the 3rd day of May, 2022.

       Dated: May 3, 2022

                                             **BILZIN SUMBERG BAENA**
                                             **PRICE & AXELROD LLP**
                                             *Counsel for MDG Powerline Holdings LLC*
                                             1450 Brickell Avenue, 23rd Floor
                                             Miami, Florida 33131
                                             (305) 374-7580

                                             By: /s/ *Jeffrey I. Snyder*
                                                       Jeffrey I. Snyder
                                                       Fla. Bar No. 21281