UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP           Case No. 20-19106 - SMG
                                          Chapter 11
     Debtor,
_____/

SEVEN STARS ON THE HUDSON                 Adversary Proceeding - SMG
CORPORATION, d/b/a ROCKIN' JUMP,          No. 19-01230

     Plaintiff-Appellant,

v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

     Defendants-Appellees.

_____

### NOTICE OF WITHDRAWAL OF DOCUMENT

By this Notice, the Plaintiff-Appellant, SEVEN STARS ON THE HUDSON CORP. hereby elects to immediately withdraw its WITHDRAWAL OF NOTICE OF APPEAL filed on May 25, 2022 (DE # 331).

Dated: May 26, 2022

LAW OFFICE OF KATHLEEN A. DALY, P.A.

    */s/ Kathleen A. Daly*
By:    Kathleen A. Daly

515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
(917) 301-2437
(561) 293-8514
kdaly@kadalylaw.com

Attorney for the Plaintiff-Appellant

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on May 26, 2022, a true and correct copy of the forgoing was served via ECF on the persons named in the service list below.

          By: */s/ Kathleen A. Daly*
            Kathleen A. Daly
            FL Bar No. 112438

**Service List**

Jeffrey Snyder, Esq.
BILZEN, SUMBERG, BAENA, PRICE & AXELROD
1450 Brickell Ave 23rd Floor
Miami, FL 33131
305-375-6156
Email: jsnyder@bilzin.com

Scott Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
305-858-2900
Email: shiaasen@coffeyburlington.com

Attorneys for MDG Powerline Road LLC

Kai E Jacobs, Esq.
SOUTH FLORIDA BUSINESS LAW GROUP
2222 Ponce de Leon Blvd., Ste 300
Coral Gables, FL 33134
305-768-9846
Email: kj@sflblg.com

Attorneys for XBK Management, LLC d/b/a Xtreme Action Park