**EXHIBIT E**

| | |
|---|---|
| **From:** | Scott A. Hiaasen |
| **To:** | "kdaly@kadalylaw.com"; Gary Brookmyer |
| **Cc:** | Jeffrey Snyder |
| **Subject:** | Seven Stars v. MDG Powerline |
| **Date:** | Thursday, May 26, 2022 9:55:23 AM |

Counsel,

In light of the Bankruptcy Court's order dismissing Seven Stars' appeal of the fee judgment, we are providing notice that, under the terms of the Agreed Order (ECF No. 329), final payment of the judgment is due on June 24, 2022.

Regards,

Scott A. Hiaasen

# COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
T. 305-858-2900
F. 305-858-5261
www.coffeyburlington.com

CONFIDENTIALITY NOTE:This electronic message transmission contains information from the law firm of Coffey Burlington, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.