UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP          Case No. 20-19106 - SMG
                                         Chapter 11
　　　　　　Plaintiff,
_____/

SEVEN STARS ON THE HUDSON                Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,         No. 19-01230

　　　　　　Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

　　　　　　Defendants.
_____

### DECLARATION OF GARY BROOKMYER

GARY BROOKMYER, pursuant to 28 U.S.C. § 1764, I hereby declare as follows:

1)　　I am a principal of Brookmyer, Hochman, Probst & Jonas, P.A., and one of the attorneys for Seven Stars on the Hudson Corporation ("Seven Stars"). With respect to the pending appeal from the final judgment entered on January 31, 2022 in favor of Defendants-Appellees, I handled the issues of the attorneys' fees motions.

2)　　I submit this Declaration to address an issue raised by counsel for Defendant-

Appellee MDG Powerline Holdings, LLC ("MDG") in opposition to Seven Stars Motion for Relief Under Rule 60(b)(1) or Alternatively to Permit Late Filing of Appellate Designation of Record and Statement of Issues ("Motion").

3) In its response, MDG makes the following claim that "Seven Stars has ***already violated*** – independently resulting in termination of the stay" because it did not make the required first payment under the Agreed Order and forward its operating statements. MDG Motion at pg. 2.

4) Upon being served with a notice from MDG that it intended to collect the final amount of the fees because of the dismissal of the attorney fees' appeal, within a day or two of the notice from MDG's counsel with a demand for payment by June 24, 2022, I contacted counsel for MDG, Jeffrey Snyder, in an attempt to get the agreement back on track.

5) Mr. Snyder left me a voicemail on or about June 7th stating that his client, MDG, had no interest in a resolution and were going to proceed with collecting the full amount of the judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2022

Gary Brookmyer

DocuSigned by: *Gary Brookmyer*
0B5520FBA55042A...