

## ORDERED in the Southern District of Florida on July 6, 2022.

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

SEVEN STARS ON THE HUDSON            CASE NO: 19-17544-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Debtor,

_____/

SEVEN STARS ON THE HUDSON            ADVERSARY NO.: 19-01230-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Plaintiff,

v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

      Defendants.

_____/

# ORDER DENYING APPELLANT-PLAINTIFF'S MOTION FOR RELIEF UNDER RULE 60(b)(1) OR ALTERNATIVELY, TO PERMIT LATE FILING OF APPELLATE DESIGNATION OF RECORD AND STATEMENT OF THE ISSUES

This matter came before the Court for hearing on June 28, 2022, at 2:30 p.m. upon the Motion for Relief Under Rule 60(b)(1) or Alternatively, to Permit Late Filing of Appellate Designation of Record and Statement of the Issues [ECF No. 339] (the "Motion") filed on June 9, 2022, by Appellant-Plaintiff Seven Stars on the Hudson Corporation ("Plaintiff"). The Court, having reviewed the Motion, the Response in opposition filed by Defendant MDG Powerline Holdings, LLC [ECF No. 343], and Appellant-Plaintiffs' Reply to Defendant's Response [ECF No. 344] and considered the record in this adversary proceeding and the arguments of counsel, does, for the reasons stated upon the record, ORDER AND ADJUDGE that the Motion is DENIED.

###

**Submitted By:**
Jeffrey I. Snyder
Florida Bar No. 021281
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33134
Telephone: (305) 374-7580
Facsimile: (305) 351-2253
E-mail: jsnyder@bilzin.com

**Copies furnished to:**
Jeffrey I. Snyder, Esq.
[Attorney Snyder is hereby directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.]

MIAMI 9623647.1 84482/88966