UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP    Case No. 20-19106 - SMG
                                    Chapter 11
      Debtor,
_____

SEVEN STARS ON THE HUDSON              Adversary Proceeding
CORPORATION, d/b/a ROCKIN' JUMP,       No. 19-01230-SMG

      Plaintiff
v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

      Defendants.

_____

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the Appellant(s):**

1. Seven Stars on the Hudson Corporation.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Plaintiff in the Adversary Proceeding.

**Part 2: Identify the subject of this appeal:**

1. Describe the judgment, order, or decree appealed from: Order Denying Appellant-

1

Plaintiff's Motion for Relief Under Rule 60(b)(1) or Alternatively, to Permit the Late Filing of Appellant Designation of Record and Statement of the Issues (DE # 345).

**Part 3:  Identify the Other Parties to the Appeal:**

List the names of all parties to the Appeal from the judgment, order or decree appealed from and the names, addresses and telephone numbers of their attorneys for the represented parties.  Attach additional pages if necessary:

1.  Party:  Seven Stars on the Hudson Corporation    Attorney:  Law Office of Kathleen A. Daly, P.A.
515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
(917) 301-2437
kdaly@kadalylaw.com

2.  Party:  MDG Powerline Holdings, LLC    Attorney    Jeffrey Snyder, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
(305) 374-7580
jsnyder@bilzin.com

Scott A. Hiaasen, Esq.
COFFEY    BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
(305) 858-2900
shiaasen@coffeyburlington.com

3.  Party:  XBK Management, LLC
d/b/a Xtreme Action Park    Attorney:    KAI JACOBS, PA
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
(305) 768-9846
kj@sflblg.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts**) If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy

2

Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below:**


_____/s/ Kathleen A. Daly_____
Kathleen A. Daly
Fla. Bar. No. 112438
LAW OFFICE OF KATHLEEN A. DALY, P.A.
515 N. Flagler Dr., Ste. P300
West Palm Beach, FL 33401
Tel: (561) 293-8514/(917) 301-2437
Fax No.    (800) 395-8692
Email: kdaly@kadalylaw.com

Attorneys for the Appellant-Plaintiff-Debtor
Seven Stars on the Hudson Corporation

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF and/or via email, on July 20, 2022, on all counsel or parties of record on the below/attached Service List.

*/s/ Kathleen A. Daly*
Kathleen A. Daly

## Service List

Jeffrey Snyder, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
Tel: (305) 374-7580
Email:  jsnyder@bilzin.com

Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, FL 33133
Tel: (305) 858-2900
Email: shiaasen@coffeyburlington.com

Attorneys for MDG Powerline Holdings, LLC


Kai Jacobs, Esq.
KAI JACOBS, PA
2222 Ponce de Leon Blvd
Coral Gables, FL 33134
Tel: (305) 768-9846
Email:  kj@sflblg.com

Attorneys for XBK Management LLC



**ORDERED in the Southern District of Florida on July 6, 2022.**

Scott M. Grossman, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

SEVEN STARS ON THE HUDSON            CASE NO: 19-17544-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Debtor,
_____/

SEVEN STARS ON THE HUDSON            ADVERSARY NO.: 19-01230-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Plaintiff,

v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

      Defendants.
_____/

MIAMI 9623647.1 84482/88966

# ORDER DENYING APPELLANT-PLAINTIFF'S MOTION FOR RELIEF UNDER RULE 60(b)(1) OR ALTERNATIVELY, TO PERMIT LATE FILING OF APPELLATE DESIGNATION OF RECORD AND STATEMENT OF THE ISSUES

This matter came before the Court for hearing on June 28, 2022, at 2:30 p.m. upon the Motion for Relief Under Rule 60(b)(1) or Alternatively, to Permit Late Filing of Appellate Designation of Record and Statement of the Issues [ECF No. 339] (the "Motion") filed on June 9, 2022, by Appellant-Plaintiff Seven Stars on the Hudson Corporation ("Plaintiff"). The Court, having reviewed the Motion, the Response in opposition filed by Defendant MDG Powerline Holdings, LLC [ECF No. 343], and Appellant-Plaintiffs' Reply to Defendant's Response [ECF No. 344] and considered the record in this adversary proceeding and the arguments of counsel, does, for the reasons stated upon the record, ORDER AND ADJUDGE that the Motion is DENIED.

###

**Submitted By:**
Jeffrey I. Snyder
Florida Bar No. 021281
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33134
Telephone: (305) 374-7580
Facsimile: (305) 351-2253
E-mail: jsnyder@bilzin.com

**Copies furnished to:**
Jeffrey I. Snyder, Esq.
[Attorney Snyder is hereby directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.]

MIAMI 9623647.1 84482/88966