UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61362-WPD

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP,

   Plaintiff-Appellant,

v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

   Defendants-Appellees.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Bankruptcy Procedure 8023 (the "Stipulation") [DE 18]. The Court has considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 18] is **APPROVED**;

2. The above-captioned appeal is hereby **DISMISSED**;

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of November 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record