UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

SEVEN STARS ON THE HUDSON  CASE NO: 20-19106-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Debtor,
_____/

SEVEN STARS ON THE HUDSON  ADVERSARY NO.: 19-01230-SMG
CORPORATION, d/b/a ROCKIN'JUMP

      Plaintiff,

v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

      Defendants.
_____/

## NOTICE OF ATTORNEY CHARGING LIEN

BILZIN SUMBERG BAENA PRICE & AXELROD LLP ("Bilzin Sumberg"), by and through undersigned counsel, hereby gives notice that it claims an attorney charging lien in the amount of **$30,403.83** against any property, proceeds, other funds, or in-kind consideration obtained or receivable by MDG Powerline Holdings, LLC, whether by settlement, execution, or recovery, distribution of assets, further award of attorneys' fees and costs, or otherwise in any way relating to that certain Final Judgment [ECF No. 241] or that Final Judgment for Defendant MDG

MIAMI 10906262.1 84482/88966

1

Powerline Holdings, LLC's Attorneys' Fee and Costs [ECF No. 311] entered in this Adversary Proceeding in favor of MDG Powerline Holdings, LLC:

The attorney charging lien on foregoing is for disbursements, costs, and legal services rendered to MDG Powerline Holdings, LLC for which Bilzin Sumberg has not been compensated. MDG Powerline Holdings, LLC has agreed pursuant to a written engagement agreement to pay for the legal fees and costs owed to Bilzin Sumberg.

**All persons are called upon to take notice of said lien and are further advised that they may be held personally liable for such sums should this lien not be satisfied before payment of any funds or consideration to MDG Powerline Holdings, LLC.**

Dated: September 29, 2023.

        Respectfully submitted,

        **BILZIN SUMBERG BAENA**
        **PRICE & AXELROD LLP**
        1450 Brickell Avenue, 23rd Floor
        Miami, Florida 33131
        (305) 374-7580
        jsnyder@bilzin.com

By:   /s/ *Jeffrey I. Snyder*
        Jeffrey I. Snyder
        Fla. Bar No. 021281

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on September 29, 2023, on all counsel or parties of record on the below/attached Service List.

    *s/Jeffrey Snyder*


## Service List

Eric N. Assouline
*Counsel for MDG Powerline Holdings, LLC*
Miami Tower, 100 SE 2nd Street, Suite 3105
Miami, Florida  33131
Tel:  305-567-5576
ena@assoulineberlowe.com

Scott Hiaasen
*Counsel for MDG Powerline Holdings, LLC*
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Tel:  305-858-2900
shiaasen@coffeyburlington.com
service@coffeyburlington.com

Kathleen A. Daly, Esq.
*Counsel for Debtor/Plaintiff*
Law Office of Kathleen A. Daly, P.A.
515 North Flagler Drive
Suite P300
West Palm Beach, Florida 33401
Tel: 561-293-8514
kdaly@kadalylaw.com

Gary Brookmyer, Esq.
*Counsel for Debtor/Plaintiff*
Brookmyer, Hochman, Probst
& Jonas, P.A.
800 Village Square Crossing
Suite 201
Palm Beach Gardens, Florida 33410
Tel: 561-624-2110

gary@brookmyerlaw.com

Kai Jacobs, Esq.
*Counsel for XBK Management LLC*
Kai Jacobs, P.A.
2222 Ponce de Leon Blvd.
Coral Gables, Florida 33134
Tel: 305-768-9846
kj@sflblg.com
assistant@sflblg.com

MIAMI 10906262.1 84482/88966