# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

IN RE:

SEVEN STARS ON THE HUDSON  
CORPORATION, d/b/a ROCKIN' JUMP

CASE NO: 20-19106-SMG

Debtor,
_____/

SEVEN STARS ON THE HUDSON  
CORPORATION, d/b/a ROCKIN' JUMP

ADVERSARY NO.: 19-01230-SMG

Plaintiff,

v.

MDG POWERLINE HOLDINGS, LLC,  
and XBK MANAGEMENT LLC, d/b/a  
XTREME ACTION PARK,

Defendants.
_____/

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Name and Address of Judgment Creditor | Amount of Judgment: |
|---|---|
| MDG POWERLINE HOLDINGS, LLC<br>18001 COLLINS AVE, 31ST FL<br>SUNNY ISLES BEACH, FL 33160 | $248,589.65<br><br>**Other Costs:**<br><br>$10,436.42 |

vs.

| Name and Address of Judgment Debtor | Date of Entry of Judgment: |
|---|---|
| SEVEN STARS ON THE HUDSON CORP. d/b/a Rockin' Jump<br>2108 NE 63rd Street<br>Fort Lauderdale, FL 33308 | May 2, 2022 |

**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA:**
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

CLERK OF COURT

9/29/2023  
Date

By: _____  
Deputy Clerk

LF-57 (rev. 12/01/09)

EXHIBIT "C"