

**ORDERED in the Southern District of Florida on October 18, 2023.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | CASE NO. 19-17544-SMG |
| SEVEN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP, | |
| Debtor, | |
| _____/ | ADVERSARY NO. 19-AP-1230-SMG |
| SEVEN STARS ON THE HUDSON CORPORATION d/b/a ROCKIN' JUMP | |
| Plaintiff, | |
| vs. | |
| MDG POWERLINE HOLDINGS, LLC AND XBK MANAGEMENT LLC d/b/a XTREME ACTION PARK, | |
| Defendants. | |
| _____/ | |

**AGREED ORDER GRANTING DEFENDANT XBK'S MOTION TO TERMINATE STAY OF DISPOSITION OF FIRST MOTION FOR RECOVERY OF ATTORNEYS' FEES AND SUPPORTING MEMORANDUM OF LAW AND CANCELLING HEARING SCHEDULED FOR OCTOBER 18, 2023 AT 1:30 P.M.**

THIS CAUSE came before the Court on October 17, 2023 on Defendant XBK Management, LLC, d/b/a Xtreme Action Park's ("XBK") Motion To Terminate Stay Of Disposition Of First Motion For Recovery Of Attorneys' Fees And Supporting Memorandum Of Law (the "Motion") (ECF 364).  The Court has reviewed the Motion, the file, is advised that counsel for XBK and Plaintiff Seven Stars On The Hudson Corporation, d/b/a Rockin' Jump ("Seven Stars") agree to the relief set forth herein, and is otherwise fully advised.  Accordingly, it is ORDERED and ADJUDGED, as follows:

1. The Motion is hereby GRANTED.  The stay imposed by the Court in its Order Staying Disposition Of Defendant XBK Management LLC's First Motion For Recovery Of Attorneys' Fees And Supporting Memorandum Of Law (ECF 308) is hereby terminated and of no further force or effect.

2. Seven Stars shall serve its substantive response to XBK's First Motion For Recovery Of Attorneys' Fees And Supporting Memorandum Of Law (ECF 255) within fourteen (14) days of this Order's entry and otherwise in compliance with Fed. Bankr. R. 7054(b)(2) and Local Rule 7054-1.  Thereafter, XBK shall serve its reply within ten (10) days thereof.

3. The hearing on the Motion set for October 18, 2023 at 1:30 p.m. is hereby cancelled.

###

**Submitted by:**

Kai E. Jacobs, Esq.
South Florida Business Law Group
2121 Ponce de Leon Boulevard, Suite 550
Coral Gables, Florida 33134
Email: kj@sflblg.com

Copies furnished to:
Kathleen A. Daly, Esq.
Gary Brookmyer Esq.
Scott A. Hiaasen, Esq.

Susan E. Raffanello, Esq
Jay M. Sakalo, Esq.

3